**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 05-7458**

————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KEVIN ANTHONY DUDLEY,

Defendant - Appellant.

————————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CR-03-253-8-PJM)

————————

Submitted: March 30, 2006                    Decided: April 6, 2006

————————

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Kevin Anthony Dudley, Appellant Pro Se. James Marton Trusty, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kevin Anthony Dudley appeals the district court's order denying his motion to correct sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Dudley, No. CR-03-253-8-PJM (D. Md. Aug. 23, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.[*]

AFFIRMED

---

[*]We do not address Dudley's claim that his plea agreement should be withdrawn as this claim was raised for the first time on appeal. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993) (holding that issues raised for the first time on appeal are generally waived absent exceptional circumstances).